■ In the Matter of WESTCHESTER COUNTY CORRECTION OFFI-
CERS BENEVOLENT ASSOCIATION, INC., Respondent, v KEVIN M.
CHEVERKO et al., Appellants. [978 NYS2d 60]—

In a proceeding pursuant to CPLR article 75 to confirm four
arbitration awards dated March 11, 2011, March 14, 2011, May
7, 2011, and May 8, 2011, determining that Michael Simmons,
Alex Ciampa, Michael Mucciolo, and Allison Hoard, respectively,
are entitled to benefits pursuant to General Municipal Law
§ 207-c, Kevin M. Cheverko, as Commissioner of the Westchester
County Department of Corrections, the Westchester County
Department of Corrections, and Westchester County appeal
from an order of the Supreme Court, Westchester County
(Walker, J.), entered March 15, 2012, which granted the petition
to confirm the arbitration awards dated March 11, 2011, March
14, 2011, May 7, 2011, and May 8, 2011, in favor of Michael
Simmons, Alex Ciampa, Michael Mucciolo, and Allison Hoard,
respectively, and denied their cross petition, inter alia, to vacate
those awards.

Ordered that the order is reversed, on the law, with costs, the
petition to confirm four arbitration awards dated March 11,
2011, March 14, 2011, May 7, 2011, and May 8, 2011, is denied,
that branch of the cross petition which was to vacate those
awards is granted, and the matter is remitted to the Supreme
Court, Westchester County, to remit the matter to the arbitra-
tor for further proceedings consistent herewith.

An arbitration award is indefinite or nonfinal for purposes of
CPLR 7511 and subject to vacatur "only if it leaves the parties
unable to determine their rights and obligations, if it does not
resolve the controversy submitted or if it creates a new
controversy" (*Matter of Meisels v Uhr*, 79 NY2d 526, 536 [1992];
*see Matter of Board of Educ. of Amityville Union Free School
Dist. v Amityville Teacher's Assn.*, 62 AD3d 992, 993 [2009]).
Here, Corrections Officers Michael Simmons, Alex Ciampa, Mi-
chael Mucciolo, and Allison Hoard sought benefits pursuant to
General Municipal Law § 207-c. General Municipal Law "[s]ec-
tion 207-c provides benefits to officers who are disabled 'in the
performance of' or 'as a result of' their job duties" (*Matter of
White v County of Cortland*, 97 NY2d 336, 339 [2002]). The
arbitration awards awarding them benefits pursuant to General
Municipal Law § 207-c were indefinite or nonfinal for purposes
of CPLR 7511 and must be vacated, since those awards did not
address whether each officer sustained a disability. Accordingly,
we reverse the order, deny the petition to confirm the four

subject arbitration awards, grant that branch of the cross petition which was to vacate those awards, and remit the matter to the Supreme Court, Westchester County, to remit the matter to the arbitrator for further proceedings and a determination as to whether each officer sustained a disability. Mastro, J.P., Skelos, Balkin and Roman, JJ., concur.